UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON OMAR PAZ AGUILERA<br><br>Plaintiffs,<br><br>v.<br><br>SERGIO ALBARRAN et al.<br><br>Defendants. | Case No. 25-cv-10086-PCP<br><br>**ORDER OF TRANSFER** |

This is a habeas case brought pro se by an immigration detainee pursuant to 28 U.S.C. § 2241. Petitioner challenges his detention by the United States Immigration and Customs Enforcement at the California City Detention Facility in Kern County, which lies in the Eastern District of California. The petition was filed while he was detained at that location. Accordingly, this action is transferred to the Eastern District of California, as that is the district of detention. *See* 28 U.S.C. §§ 1406(a), 2241(a); *see also Doe v. Garland*, 109 F.4th 1188, 1197-98 (9th Cir. 2024).

**IT IS SO ORDERED.**

Dated: November 21, 2025

_____
P. Casey Pitts
United States District Judge